IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **ARMON ANDRE RANDALL** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:09cv270HSO-JMR** |
| **DANNY SCOTT, ET AL.** | **DEFENDANTS** |

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered on January 8, 2010 [11-1]. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE ORDERED AND ADJUDGED** that, the Motion to Dismiss filed May 21, 2009, [4-1] should be and hereby is **GRANTED,** and Randall's §2254 petition is hereby dismissed as time-barred under 28 U.S.C. § 2244(d)(1).

**SO ORDERED AND ADJUDGED**, this the 26th day of January, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE